**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Francisco Chamul v.  Amerisure Mutual Ins. Co.

Appellate case number:    01-14-00508-CV

Trial court case number:  2012-14219

Trial court:              190th District Court of Harris County

Date motion filed:        February 24, 2016

Party filing motion:      Appellee

      It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature:  /s/ Harvey Brown
                      ☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Terry Jennings, Laura Higley, and Harvey Brown

Date: March 8, 2016